IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORAH HAYES, et al.,<br><br>   Plaintiffs,<br><br>     v.<br><br>THE BANK OF NEW YORK<br>MELLON f/k/a The Bank of New<br>York, as Trustee for the Certificate<br>Holders of CWABS Inc.,<br>Asset-Backed Certificates, Series<br>2005-13 formerly known as<br>The Bank of New York, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-2601-TWT |

ORDER

This is a pro se civil action arising out of a foreclosure. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending granting and denying as moot the pending Motions to Dismiss [Doc. 4 & 5]. The Plaintiffs' Objections make no sense, and consist largely of cut and paste quotations from random statutes. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The HSBC and McCaller Rayer Motion to Dismiss [Doc. 5] is GRANTED. The Bank of America Motion to Dismiss

[Doc. 4] is DENIED as moot.  The Plaintiffs did not file an Amended Complaint as directed by the Magistrate Judge.  Therefore, the dismissal is with prejudice.

SO ORDERED, this 7 day of February, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge